| Fill in this information to identify the case: |
| --- |
| Debtor 1    Michael Earl Leslie |
| Debtor 2 |
| United States Bankruptcy Court for the: Eastern District of Michigan |
| Case number :    19-30590-jda |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | | |
| --- | --- | --- | --- |
| Name of creditor: | Ditech Financial LLC | Court claim no. (if known): | 7-1 |

Last 4 digits of any number you use to identify the debtor's account: **1059**

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X]  No

[ ]  Yes. Date of the last notice.

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
| --- | --- | --- |
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 05/17/2019 | $350.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | | $0.00 |
| Other. Specify: 410A Fee | 05/17/2019 | $250.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Michael Earl Leslie                     Case Number: 19-30590-jda
          First Name   Middle Name   Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ John Lackey                                                  Date  10/22/2019
Signature

| | | | |
|---|---|---|---|
| Print: | John Lackey | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlaw.net |

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

IN RE: MICHAEL EARL LESLIE
        Debtor(s).
_____/

NO.:19-30590-jda
CHAPTER 13
JUDGE: Joel D. Applebaum

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 22nd day of October, 2019.

/S/ John Lackey

_____
JOHN LACKEY
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 19-30590-jda)

Debtor
Michael Earl Leslie
3351 West Lyndon Ave
Flint, MI 48504

Attorney
Robert W. Dietrich
Dietrich Law Firm
3815 W. Saint Joseph St.
Suite A200
Lansing, MI 48917

Trustee
Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502

**Padgett Law Group**

6267 Old Water Oak Road

Tallahassee, FL 32312 3858

Phone No: (850) 422-2520

Fax No: (850) 422-2567

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| Ditech Financial LLC - MSP | | Invoice #: | █████ |
| | | Invoice Status: | Check Requested(Adj/Res) |
| 345 St Peter Street | | Input By: | DJ Crum |
| St Paul, MN 55102 | | Date Submitted: | 5/21/2019 |
| Re: | LESLIE MICHAEL | Invoice Date: | 5/19/2019 |
| | 3351 LYNDON AVE | Vendor Ref #: | |
| | FLINT, MI 48504 0000 | Vendor Code: | █████ |
| Loan #: | █████ | Payee Code: | |
| Loan Type: | | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | Referral Date | 3/20/2019 |
| Cost Center: | | | |
| FHA Case No: | █████ | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| Entity Code: | | Foreclosure Removal Date: | N/A |
| | | MS Status | N/A |
| | | Relief Requested Date | N/A |
| BK Case No: | 19-30590-dof | Protection Begin Date | N/A |
| BK Chapter: | 13 | Protection End Date | N/A |
| | | HiType | 1 |
| | | Class Code | |

| | | |
|---|---|---|
| Invoice ID: | █████ | |
| Asset Number: | | |
| Approver Name: | Greg Killian | |
| Outsourcer: | LPS Default Solutions | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/21/2019 | 6/6/2019 | 6/11/2019 | | 6/12/2019 | 6/12/2019 | |

| Fee Description(s) | W/H | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 05/17/2019 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |
| **Note: Ch 13 POC Preparation** | | | | | | | | |
| Attorney Fees - POC Form 410A | | | 05/17/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note: Loan Payment History (410 A)** | | | | | | | | |
| Service From Date: 5/17/2019 | | | Service To Date: 5/17/2019 | | | | | |
| | | | | | | $600.00 | $0.00 | $600.00 |
| Total: | | | | | | $600.00 | $0.00 | $600.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
█████ Property Address: 3351 West Lyndon Avenue, Flint, MI 48504