UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:                                CHAPTER 13
                                      CASE NO: 19-30590
MICHAEL EARL LESLIE                   JUDGE JOEL D. APPLEBAUM
    Debtor
_____/

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to II USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that all filed claims to which an objection has not been filed are deemed allowed pursuant to II USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED that the Debtor(s) shall provide a complete copy of their annual federal income tax returns during case pendency on or before June 1 of the filing tax year or if unfiled, provide a copy of the extension to the Trustee. Should the Debtor(s) not provide the requested tax information to the Trustee then the Trustee may file a Notice of Default giving the Debtor(s) 21 days to respond as to why the information has not been provided. Upon the filing of the response the Court shall set a hearing on the matter.

IT IS FURTHER ORDERED as follows: *[Only provisions checked below apply]*

X  The Debtor(s) shall remit 100% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

X  The Debtor(s)' Plan shall continue for no less than 36 months.

X  The Debtor(s)' Plan payments shall be increased to $1,870.00 per month effective immediately.

X  Other: The Dietrich Law Firm, Attorney for Debtor(s}, shall request a reward for services rendered by filing an Application for Compensation up through the date of entry of the Order Confirming Plan. The Trustee shall escrow $2,900.00 for this purpose.

Approved:

/s/ Carl L. Bekofske  
Carl L. Bekofske P10645  
Melissa Caouette P62729  
Chapter 13 Standing Trustee  
400 N. Saginaw St., Ste 331  
Flint MI 48502  
(810) 238-4675  
ecf@flint13.com

/s/ Robert W. Dietrich  
Robert W. Dietrich P49704  
Attorney for Debtor  
3815 W. St. Joseph St., Ste. A200  
Lansing, MI 48917  
(517) 374-8000  
rwd@dietrichlawfirm.net

**Signed on April 22, 2020**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**