| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Michael Earl Leslie |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern | District of Michigan (State) |
| Case number | 19-30590-JDA |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **Court claim no.** (if known): | 7 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX5650 | **Date of payment change:** Must be at least 21 days after date of this notice | 11/1/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,507.62 |

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 362.89    **New escrow payment:** $ 1,045.47

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %
   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | **Michael Earl Leslie** | Case number *(if known)* 19-30590-JDA |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 4:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Toni  Townsend                              Date   10/5/2020
     Signature

Print:   Toni                        Townsend              Title   Authorized Agent for Creditor
         First Name   Middle Name    Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number      Street
          Roswell           GA           30076
          City              State        ZIP Code

Contact phone   (312) 346-9088 X5174                Email   Toni.Townsend@mccalla.com

\*\* Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Mortgage Payment Change is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:

Michael Earl Leslie

Bankruptcy Case No.: 19-30590-JDA
Chapter: 13
Judge: Joel D. Applebaum

CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Michael Earl Leslie
3351 W Lyndon Ave
Flint, MI 48504-6966

Robert W. Dietrich                    *(served via ECF Notification)*
Dietrich Law Firm
3815 W. Saint Joseph St.
Lansing, MI 48917

Carl Bekofske, Trustee                *(served via ECF Notification)*
400 N. Saginaw Street
Suite 331
Flint, MI 48502

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    10/6/2020        By:   */s/Toni Townsend*
                (date)                 Toni Townsend
                                       Authorized Agent for Creditor



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

Final

MICHAEL LESLIE
3351 LYNDON AVE
FLINT MI 48504

Analysis Date: September 15, 2020
Loan:
Property Address:
3351 LYNDON AVE
FLINT, MI 48504

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Nov 01, 2020 | Prior Esc Pmt | December 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $462 05 | $462 05 | P & I Pmt: | $462 05 | Due Date: | May 01, 2017 |
| Escrow Pmt: | $0 00 | $1,045 57 | Escrow Pmt: | $362 89 | Escrow Balance: | -$11,511.53 |
| Other Funds Pmt: | $0 00 | $0 00 | Other Funds Pmt: | $0 00 | Anticipated Pmts to Escrow: | $6,902 99 |
| Asst. Pmt (-): | $0 00 | $0 00 | Asst. Pmt (-): | $0 00 | Anticipated Pmts from Escrow (-): | $6.77 |
| Reserve Acct Pmt: | $0 00 | $0 00 | Resrv Acct Pmt: | $0 00 | | |
| Total Payment: | $462 05 | $1,507.62 | Total Payment: | $824 94 | Anticipated Escrow Balance: | -$4,615 31 |

| Shortage/Overage Information | Effective Nov 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $4,284.51 |
| Required Cushion | $700.55 |
| Required Starting Balance | $3,647.09 |
| Escrow Shortage | -$8,262.40 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 700.55. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 714.09 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Oct 2019 to Oct 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0 00 | (11,567.41) |
| Oct 2019 | | | | 8.30 | * | FHA MI | 0 00 | (11,575.71) |
| Nov 2019 | | | | 8.30 | * | FHA MI | 0 00 | (11,584 01) |
| Nov 2019 | | | | 683.35 | * | City Tax | 0 00 | (12,267 36) |
| Dec 2019 | | | | 8.30 | * | FHA MI | 0 00 | (12,275.66) |
| Dec 2019 | | | | 3,314 00 | * | Hazard | 0 00 | (15,589.66) |
| Jan 2020 | | | | 8.30 | * | FHA MI | 0 00 | (15,597 96) |
| Feb 2020 | | | | 8.30 | * | FHA MI | 0 00 | (15,606 26) |
| Feb 2020 | | | | 8.30 | * | FHA MI | 0 00 | (15,614 56) |
| Apr 2020 | | | | 8.30 | * | FHA MI | 0 00 | (15,622 86) |
| May 2020 | | | | 8.30 | * | FHA MI | 0 00 | (15,631.16) |
| Jun 2020 | | 1,814.45 | | | * | | 0 00 | (13,816.71) |
| Jun 2020 | | 1,451.56 | | | * | | 0 00 | (12,365.15) |
| Jun 2020 | | 362.89 | | | * | | 0 00 | (12,002 26) |
| Jun 2020 | | 726.79 | | | * | | 0 00 | (11,275.47) |
| Jun 2020 | | | | 8.30 | * | FHA MI | 0 00 | (11,283.77) |
| Jun 2020 | | | | 8.30 | * | FHA MI | 0 00 | (11,292 07) |
| Aug 2020 | | | | 6.77 | * | FHA MI | 0 00 | (11,298 84) |
| Aug 2020 | | | | 205.92 | * | Town Tax | 0 00 | (11,504.76) |
| Sep 2020 | | | | 6.77 | * | FHA MI | 0 00 | (11,511 53) |
| | | | | | | Anticipated Transactions | 0 00 | (11,511 53) |
| Oct 2020 | | 6,902.99 P | | 6.77 | | FHA MI | | (4,615 31) |
| | $0 00 | $11,258.68 | $0 00 | $4,306.58 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**
**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (4,615.31) | 3,647.09 |
| Nov 2020 | 357.04 | 6.77 | FHA MI | (4,265.04) | 3,997.36 |
| Dec 2020 | 357.04 | 683.35 | Town Tax | (4,591.35) | 3,671.05 |
| Dec 2020 |  | 6.77 | FHA MI | (4,598.12) | 3,664.28 |
| Jan 2021 | 357.04 | 3,314.00 | Hazard | (7,555.08) | 707.32 |
| Jan 2021 |  | 6.77 | FHA MI | (7,561.85) | 700.55 |
| Feb 2021 | 357.04 | 6.77 | FHA MI | (7,211.58) | 1,050.82 |
| Mar 2021 | 357.04 | 6.77 | FHA MI | (6,861.31) | 1,401.09 |
| Apr 2021 | 357.04 | 6.77 | FHA MI | (6,511.04) | 1,751.36 |
| May 2021 | 357.04 | 6.77 | FHA MI | (6,160.77) | 2,101.63 |
| Jun 2021 | 357.04 | 6.77 | FHA MI | (5,810.50) | 2,451.90 |
| Jul 2021 | 357.04 | 6.77 | FHA MI | (5,460.23) | 2,802.17 |
| Aug 2021 | 357.04 | 6.77 | FHA MI | (5,109.96) | 3,152.44 |
| Sep 2021 | 357.04 | 205.92 | Town Tax | (4,958.84) | 3,303.56 |
| Sep 2021 |  | 6.77 | FHA MI | (4,965.61) | 3,296.79 |
| Oct 2021 | 357.04 | 6.77 | FHA MI | (4,615.34) | 3,647.06 |
|  | $4,284.48 | $4,284.51 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is (4,615.31). Your starting balance (escrow balance required) according to this analysis should be $3,647.09. This means you have a shortage of 8,262.40.

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 4,284.51. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $357.04 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $688.53 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $1,045.57 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $819.09 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---

 Detach Here



Shellpoint Mortgage Servicing  
PO Box 10826

Greenville, SC 29603 0826  
(800) 365-7107

Shellpoint Mortgage Servicing  
P.O. Box 740039  
Cincinnati, OH 45274-0039

**Escrow Shortage Reply (This is not a bill)**

| | |
|---|---|
| Loan Number: |  |
| Full Shortage Amount: | $8,262.40 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over 12 months, resulting in an additional increase in your monthly payment in the amount of 688.53.

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left