UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:
**Michael Earl Leslie**  Case Number: 19-30590-jda
Chapter 13
Hon. Joel D. Applebaum

Debtor.
_____/

**STIPULATION FOR ENTRY OF ORDER RESOLVING
DEBTOR'S MOTION FOR DETERMINATION
OF WHETHER THE CHANGE REQUIRED TO MAINTAIN
PAYMENTS IN ACCORDANCE WITH 11 USC § 1322(b)(5)**

Debtor, Michael Earl Leslie ("Debtor"), and Creditor, New Rez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor") and the Chapter 13 Trustee, Carl L. Bekofske, by and through their respective undersigned counsel, hereby stipulate to the entry of the attached order resolving *Debtor's Motion for Determination of Whether the Change Required to Maintain Payments in Accordance with 11 USC § 1322(b)(5)*.

| | |
|---|---|
| /s/ John P. Kapitan | /s/ Robert W. Dietrich |
| John Kapitan (P61901) | Robert W. Dietrich (P49704) |
| Trott Law, P.C. | Dietrich & Kenyon PLLC |
| Attorneys for Creditor | Attorneys for Debtor |
| 31440 Northwestern Hwy Ste. 145 | 3815 W Saint Joseph St, Ste A200 |
| Farmington Hills, MI 48334-5422 | (517) 374-8000 |
| (248) 642-2515 | rwd@DietrichKenyon.com |
| EasternECF@trottlaw.com | |

/s/ Carl L. Bekofske
Carl L. Bekofske (P10645)
Melissa Caouette (P62729)
Chapter 13 Trustee
400 N. Saginaw St., Suite 331
Flint, MI 48502
(810) 238-4675
ECF@flint13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:

**Michael Earl Leslie**

Case Number: 19-30590-jda
Chapter 13
Hon. Joel D. Applebaum

Debtor.
_____/

**ORDER RESOLVING DEBTOR'S MOTION FOR DETERMINATION
OF WHETHER THE CHANGE REQUIRED TO MAINTAIN
PAYMENTS IN ACCORDANCE WITH 11 USC § 1322(b)(5)**

Upon Stipulation of Debtor, Michael Earl Leslie ("Debtor"), Creditor, New Rez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor") and the Chapter 13 Trustee, Carl L. Bekofske whereby the parties have resolved *Debtor's Motion for Determination of Whether the Change Required to Maintain Payments in Accordance with 11 USC § 1322(b)(5)*; and the Court being fully advised:

**IT IS HEREBY ORDERED** that the Notice of Mortgage Payment Change filed by Creditor on Claim # 7 and found at Docket # 99 is withdrawn; and

**IT IS FURTHER ORDERED** that the Notice of Mortgage Payment Change filed by Creditor on Claim # 7 and found at Docket # 109 shall be retroactively effective January 1, 2021.