UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:

**Michael Earl Leslie**

Case Number: 19-30590-jda
Chapter 13
Hon. Joel D. Applebaum

Debtor.
_____/

### ORDER RESOLVING DEBTOR'S MOTION FOR DETERMINATION OF WHETHER THE CHANGE REQUIRED TO MAINTAIN PAYMENTS IN ACCORDANCE WITH 11 USC § 1322(b)(5)

Upon Stipulation of Debtor, Michael Earl Leslie ("Debtor"), Creditor, New Rez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor") and the Chapter 13 Trustee, Carl L. Bekofske whereby the parties have resolved *Debtor's Motion for Determination of Whether the Change Required to Maintain Payments in Accordance with 11 USC § 1322(b)(5)*; and the Court being fully advised:

**IT IS HEREBY ORDERED** that the Notice of Mortgage Payment Change filed by Creditor on Claim # 7 and found at Docket # 99 is withdrawn; and

**IT IS FURTHER ORDERED** that the Notice of Mortgage Payment Change filed by Creditor on Claim # 7 and found at Docket # 109 shall be retroactively effective January 1, 2021.

**Signed on February 16, 2021**



/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**